decision in that case, and following *Centennial Flouring Mills Co. et al.* v. *United States* (29 C. C. P. A. 264, C. A. D. 200), the claim for free entry under paragraph 1705 was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 27, 1948

**No. 52642.**—Thos. Nelson & Sons, Inc., et al. *v.* United States, protests 126568–K, etc. (New York).

Opinion by LAWRENCE, J.   The uncontradicted evidence establishing that the electrotype plates are similar in all material respects to those the subject of *Oxford University Press, N. Y., Inc.* v. *United States* (20 Cust. Ct. 78, C. D. 1088), the claim of the plaintiffs was sustained.

**No. 52643.**—Chanticleer Press, Inc., et al. *v.* United States, protests 126917–K, etc. (New York).

Opinion by LAWRENCE, J.   The uncontradicted evidence establishing that the electrotype plates are similar in all material respects to those the subject of *Oxford University Press, N. Y., Inc.* v. *United States* (20 Cust. Ct. 78, C. D. 1088), the claim of the plaintiffs was sustained.

**No. 52644.**—R. H. Macy & Co., Inc. *v.* United States, protests 136563–K, etc. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of scarves similar in all material respects to those involved in Abstract 50303, the claim of the plaintiff was sustained.

**No. 52645.**—Henry Pollak, Inc. *v.* United States, protest 841261–G (New York).

Opinion by TILSON, J.   It was stipulated that certain items of the merchandise consist of hats known as harvest hats similar in all material respects to those the classification of which was involved in *Caradine Hat Co.* v. *United States* (9 Cust. Ct. 69, C. D. 664).   Accepting this stipulation as a statement of fact, those items imported or withdrawn from warehouse prior to February 1, 1936, were held dutiable at 25 percent ad valorem under paragraph 1504 (b) (5), Tariff Act of 1930, and those imported or withdrawn from warehouse subsequent to said date, were held dutiable at 12½ percent under said paragraph, as modified by the Nether-